**TAYLOR & RING**
David M. Ring, Cal. Bar No. 151124
Sonya Ostovar, Cal. Bar No. 307207
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, CA 90266
Telephone: 310.209.4100
Email: ring@taylorring.com
ostovar@taylorring.com

Attorneys for Plaintiff Jane Doe

**SHEPPARD, MULLIN, RICHTER & HAMPTON** LLP
Jason A. Weiss, Cal. Bar No. 185268
Wesley Shelton, Cal. Bar No. 237521
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Email: jweiss@sheppardmullin.com
wshelton@sheppardmullin.com

Attorneys for Defendants The Roman
Catholic Bishop of Orange and St. John
Neumann Catholic Church

**BROWN WEGNER LLP**
William J. Brown, Jr., Cal. Bar No. 192950
Alexander Avery, Cal. Bar No. 307390
2010 Mail Street, Suite 1260
Irvine, California 92614
Telephone: 949.705.0080
Email: bill@brownwegner.com
aavery@brownwegner.com

Attorneys for Defendant Father Alex Kim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE ROMAN CATHOLIC BISHOP OF ORANGE, an entity of unknown form; ST. JOHN NEUMANN CATHOLIC CHURCH; an entity of unknown form; FATHER ALEX KIM, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 8:17-cv-01424-CJC (JCGx);<br>Assigned to Hon. Cormac J. Carney<br><br>**STIPULATION OF DISMISSAL** |

**TO THIS HONORABLE COURT:**

It is hereby stipulated by all parties, by and through their attorneys of record, that the above-captioned action be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorney's fees and costs.

Dated: November 6, 2018    **TAYLOR & RING**


_____
*/s/ Sonya Ostovar*

DAVID M. RING
SONYA OSTOVAR
Attorneys for Plaintiff Jane Doe


Dated: November 6, 2018    **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**


_____
*/s/ Wesley Shelton*

JASON A. WEISS
WESLEY C. SHELTON
Attorneys for Defendants The Roman Catholic Bishop of Orange and St. John Neumann Catholic Church


Dated: November 6, 2018    **BROWN WEGNER LLP**


_____
*/s/ William Brown, Jr.*

WILLIAM J. BROWN, JR.
ALEXANDER AVERY
Attorneys for Defendant Father Alex Kim

# **FILER ATTESTATION**

I, Sonya Ostovar, pursuant to L.R. 5-4.3.4, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Sonya Ostovar*
SONYA OSTOVAR

STIPULATION OF DISMISSAL