# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ROMAN CATHOLIC BISHOP OF ORANGE, an entity of unknown form; ST. JOHN NEUMANN CATHOLIC CHURCH; an entity of unknown form; FATHER ALEX KIM, an individual; and DOES 1-25, inclusive,<br><br>    Defendants. | Case No. 8:17-cv-01424-CJC (JCGx);<br>Hon. Cormac J. Carney<br><br>**ORDER OF DISMISSAL** |

///

///

///

-1-
ORDER OF DISMISSAL

Based upon the stipulation of the parties, the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorney's fees and costs.

DATED: November 6, 2018

_____
Hon. Cormac J. Carney
United States Disctrict Judge